THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brian Keith
 Goff, Appellant.
 
 
 

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2007-UP-445
Submitted October 1, 2007  Filed October
 9, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellant Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General;  and Solicitor Warren B. Giese, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Brian Keith Goff appeals his conviction
 for driving a motor vehicle while under the influence of alcohol resulting in a
 sentence of thirty months confinement, suspended upon the service of one year
 and two years probation.  He contends the trial court erred in denying his
 motion for a directed verdict.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Goffs appeal and grant counsels motion to be relieved.
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.